■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY DANIEL, Appellant. [671 NYS2d 294] —Appeal by the

defendant from a judgment of the Supreme Court, Kings County (George, J.), rendered May 15, 1995, convicting him of robbery in the first degree (two counts), robbery in the second degree (five counts), assault in the second degree, and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes*, 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see*, CPL 470.15 [5]).

The defendant's sentence is not excessive (*see, People v Suitte*, 90 AD2d 80).

The defendant's remaining contentions, including those raised in his supplemental *pro se* brief, are either unpreserved for appellate review or without merit. Ritter, J. P., Thompson, Goldstein and McGinity, JJ., concur.